```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Frederick Poisson and Virginia
Poisson

    v.                                    Civil No. 13-cv-211-JL

Wells Fargo Bank, N.A.

### **O R D E R**

The defendant's motion to dismiss (document no. 4) is DENIED without prejudice, and the plaintiffs' motion for discovery (document no. 11) is GRANTED.  **On or before September 13, 2013,** the defendant shall produce to the plaintiffs (a) its loan file for the plaintiffs' loan and (b) all e-mail correspondence between Kevin Laws and Barbara Lumbra, including any attachments to that correspondence.  The deadline for the plaintiffs to show cause why summary judgment should not be entered for the defendant for the reasons identified in this court's order of June 26, 2013 is extended to **September 27, 2013.**  As outlined in that order, any written memorandum accompanying the plaintiffs' filing shall not exceed ten (10) pages (exclusive of exhibits).  The defendant may submit a written response within fourteen (14) days of the plaintiffs' submission; that response also shall not exceed ten (10) pages (again, exclusive of any exhibits).

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated:  July 31, 2013

cc:  Jeremey A. Miller, Esq.
Samuel J. Donlon, Esq.
Michael R. Stanley, Esq.